UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

                                              Criminal No. 21-cr-20148
                                              Hon. Bernard A. Friedman

D-1 Cosmos Nelo George,

    Defendant.

---

**(FILED UNDER SEAL)**

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE**

---

The United States of America respectfully moves this Court to grant a downward departure pursuant to U.S.S.G. § 5K1.1.

                                              Respectfully submitted,

                                              Dawn N. Ison
                                              United States Attorney

                                              s/Philip A. Ross
                                              Philip A. Ross
                                              Assistant U.S. Attorney
                                              211 West Fort Street
                                              Detroit, Michigan 48226
                                              (313) 226-9790
Date: April 8, 2024                            Philip.Ross@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

                                  Criminal No. 21-cr-20148
                                  Hon. Bernard A. Friedman

D-1 Cosmos Nelo George,

    Defendant.

---

## (FILED UNDER SEAL)

## GOVERNMENT'S BRIEF IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE

---

    The United States of America respectfully submits this brief in support of its motion for a downward departure pursuant to U.S.S.G. § 5K1.1.

                                              Respectfully submitted,

                                              Dawn N. Ison
                                              United States Attorney


                                              s/Philip A. Ross
                                              Philip A. Ross
                                              Assistant U.S. Attorney
                                              211 West Fort Street
                                              Detroit, Michigan 48226
                                              (313) 226-9790
Date: April 8, 2024                         Philip.Ross@usdoj.gov

The United States submits this brief in support, and states the following:

1. Cosmos Nelo George cooperated in the investigation of his fellow co-defendants by accepting responsibility and debriefing with the government on multiple occasions shortly after his indictment.

2. George entered into a plea agreement. Summaries of the information he provided to the Government were ultimately disclosed to his co-defendants including Virendra Gaidhane, the owner of two pharmacies involved in this scheme. Gaidhane pleaded guilty before he was scheduled to stand trial.

3. George acknowledged that he issued prescriptions outside of the scope of legitimate medicine. George was one of several medical providers who admitted to this participating in this same scheme.

4. The government respectfully submits that the defendant provided "substantial assistance" within the meaning of U.S.S.G. 5K1.1. Accordingly, the government moves this court to sentence the defendant to 19 months' imprisonment which represents a 35% reduction from the Government's calculated advisory guidelines of 30-37 months' imprisonment.

Respectfully submitted,

Dawn N. Ison
United States Attorney


s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Ste 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Date: April 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I served a copy of the foregoing via ECF under seal and forwarded a copy via email to counsel of record.

Respectfully submitted,

s/Philip A. Ross
Philip A. Ross
Assistant U.S. Attorney
211 West Fort Street, Ste 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov